# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

GEORGE COOPER and SARA COOPER ,

    Petitioners,

v.

KATHLEEN SANKEY and PLOVER TAXI,

    Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-399-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against respondents.

JOEL TURNER
_____
**Joel Turner, Acting Clerk**

/s/ M. Hardin

**by Deputy Clerk**

_____7/30/08_____
Date